UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR 19 PM 3: 22
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | |
| v. | § | [Ct. I – Vio: 18 U.S.C. § 922(g)(1)-- |
| | § | Possession of a Firearm by a Felon |
| RAYMOND PATRICK HERNANDEZ(1) | § | Ct. II – Vio: 18 U.S.C. §922(j) – Possession |
| DEWAYNE ALEXANDER MAYS(2) | § | of a Stolen Firearm; 18 U.S.C. §2–Aiding |
| CAS ANDREW MCKINNEY(3) | § | and Abetting; |
| | § | Ct. III – Vio: 18 U.S.C. §922(u)– Theft of a |
| | § | Firearm from a Federal Firearms Licensee |
| **Defendants.** | § | 18 U.S.C. §2–Aiding and Abetting] |

THE GRAND JURY CHARGES:

A11CR 225 SS

**COUNT ONE**
Possession of a Firearm by a Felon
[18 U.S.C. §§ 922(g)(1) & 2]

On or about January 12, 200✗ in the Western District of Texas, the Defendants,

**RAYMOND PATRICK HERNANDEZ(1)
DEWAYNE ALEXANDER MAYS(2)**

aided and abetted by each other and others, being persons who had previously been convicted of

a felony offense punishable by imprisonment for a term exceeding one year, did knowingly and

unlawfully possess, in and affecting commerce, a firearm, namely:

• Dan B. Wesson, Model Bobtail, .45 caliber semi-automatic pistol, SN C0319CZ

which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) & 2.

<u>**COUNT II**</u>
**Possession of Stolen Firearm**
**[18 U.S.C. §§ 922(j) & 2]**

Between December 29, 2010 and January 11, 2011, the exact date unknown, in the Western District of Texas, the Defendants,

**RAYMOND PATRICK HERNANDEZ(1)**
**DEWAYNE ALEXANDER MAYS(2)**
**CAS ANDREW MCKINNEY(3),**

aided and abetted by each other and others, did knowingly and unlawfully possess, in and affecting commerce, a stolen firearm, namely:

- Dan B. Wesson, Model Bobtail, .45 caliber semi-automatic pistol, SN C0319CZ

which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(j) & 2.

**COUNT III**
**Theft of a Firearm from a Federal Firearms Licensee**
**[18 U.S.C. §§ 922(u) & 2]**

On or about December 29, 2010, in the Western District of Texas, the Defendants,

**RAYMOND PATRICK HERNANDEZ(1)**
**DEWAYNE ALEXANDER MAYS(2)**
**CAS ANDREW MCKINNEY(3),**

aided and abetted by each other, did knowingly and unlawfully take or carry away from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms, namely, McBride's Gun Store, Austin, Texas, a firearm in the licensee's business inventory, namely:

- Dan B. Wesson, Model Bobtail, .45 caliber semi-automatic pistol, SN C0319CZ

which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(u) & 2.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
United States Attorney
By:

DOUGLAS W. GARDNER
Assistant United States Attorney